# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAFAEL CHIEKE,

      Plaintiff,

   v.

COMMONWEALTH OF
PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.*,

      Defendants.

No. 1:17-CV-00003

(Judge Brann)

## ORDER

**AND NOW**, this 30th day of October 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1.     Defendants' Motion for Summary Judgment (ECF No 24) is **GRANTED**.

2.     The Clerk of Court is directed to enter judgment in favor of Defendants and close the case file.

                BY THE COURT:


                *s/ Matthew W. Brann*
                Matthew W. Brann
                United States District Judge